David S. Paris, Esq.
PARIS ACKERMAN & SCHMIERER LLP
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973-228-6667
Facsimile: 973-629-1246
Attorneys for Plaintiffs



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WALKER, JASON CHAN, ROBERT ACKERMAN, MICHELE KRAYNAK, SHAWN IRVINE, ANTHONY DEMARCO, MARTI KELMER and TAMMY MARSH, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., a Delaware Corporation, DFS FINANCIAL SERVICES, LLC, a Delaware limited liability company, DISCOVER BANK, a Delaware corporation, MORGAN STANLEY, a Delaware corporation, and UNIDENTIFIED ENTITIES A through Z, Inclusive,<br><br>Defendants. | CASE NO.: cv-10-3013-BZ<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David S. Paris, Esq., an active member in good standing of the bars of the State of New York and State of New Jersey, whose business address and telephone number is 101 Eisenhower Parkway, Roseland, New Jersey 07068, 973-228-6667, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Renee Walker, Jason Chan, Robert Ackerman, Michele Kraynak, Shawn Irvine, Anthony DeMarco, Marti Kelmer and Tammy Marsh,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 27 July 2015

United States Magistrate Judge Bernard Zimmerman