FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR - 6 2012
APR 6 2012
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| IN RE: DISCOVER PAYMENT PROTECTION PLAN MARKETING AND SALES PRACTICE LITIGATION<br><br>**WALKER v. DISCOVER FINANCIAL SERVICES** | Case No. 1:10-cv-06994 - JWD<br><br>Judge John W. Darrah |

## MOTION TO WITHDRAW OBJECTION OF RICHARD P. STAMER, JR. TO PROPOSED SETTLEMENT AGREEMENT

Comes Now Richard P. Stamer, Jr., and moves to withdraw his objection filed on or about March 22, 2012, in the above matter.

Respectfully submitted,

_____
Richard P. Stamer, Jr

*Contact for Richard P. Stamer, Jr.:*

D. Keith Short
Short & Smith, P.C.
515 E Madison Ave.
Wood River, IL 62095
Telephone: 618-254-0055
Toll Free: 800-421-0960
Facsimile: 618-254-1272

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012 the foregoing was <u>emailed</u> to the attorneys identified below and sent, <u>via FedEx</u>, to the following:

Clerk of the Court
U.S. District Court
For the Northern District of Illinois,
Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

Dianne E. Sammons, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
dsammons@nagelrice.com

*Class Counsel*

Julia B. Strickland
Stroock & Stroock & Lavan LLP
2029 Century Park East, 16th Floor
Los Angeles, California 90067
spearson@stroock.com

*Counsel for Discover*