# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: Discover Payment Protection Plan Marketing And Sales Practice Litigation | No. 10-cv-06994 MDL No. 2217 |
| This Document Relates To All Cases | |

## ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD

**WHEREAS,** application has been made for an award of attorneys' fees, reimbursement of expenses, and a service award to the representative plaintiffs. The Court has reviewed (1) Plaintiffs' Memorandum in Support of an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award; (2) the accompanying Joint Declaration of Brian P. Murray and Diane E. Sammons; and (3) all other pleadings and matters of record.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Interim Co-Lead Counsel, Murray Frank LLP and Nagel Rice, LLP, are awarded fees totaling $3,241,949.16 and reimbursement of expenses totaling $258,050.84. Interim Co-Lead Counsel will, in its sole discretion, apportion this fee and expense award to other counsel in the case, including Miller Law LLC; Carey Danis & Lowe; Paris Ackerman & Schmierer LLP; Carney Williams Bates Bozeman & Pulliam, PLLC; Carter Walker, PLLC; Owings Law Firm; Lieff Cabraser Heinmann & Bernstein, LLP; Glancy Binkow & Goldberg LLP; Golomb & Honik, P.C.; Taus Cebulash & Landau LLP; Harris White Smith and Coggins; Hughes Ellzey, Skouteris & Magee, PLLC; McCausland Keen & Buckman; Ku & Mussman P.A.; Lasky & Rifkind, Ltd; Rukin Hyland Doria & Tindall LLP; and Bailey Perrin Bailey.

2.     The eighteen representative plaintiffs, including Devavani Conroy, Renee Walker, Jason Chan, Robert Ackerman, Michele Kraynak, Shawn Irvine, Anthony DeMarco, Marti Kelmer, Jose Cruz, Robert Hibbs, Jason Hart, Tammy Marsh, Charles Triplett, Kathleen Callahan, Brian Boyce, Ulonda Carter, Diane Alexander, and Karin Sack, are awarded a service award of $2,500 each for their participation in this litigation.

IT IS SO ORDERED.

Dated: May 10th, 2012

John W. Darrah
United States District Court Judge