**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DISCOVER PAYMENT PROTECTION PLAN MARKETING AND SALES PRACTICE LITIGATION | CASE NO. 1:10-cv-06994-JWD<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' MOTION TO DIRECT**
**OBJECTOR TO POST APPEAL BOND**

Named plaintiffs Devavani Conroy, Renee Walker, Jason Chan, Robert Ackerman, Michele Kraynak, Shawn Irvine, Anthony DeMarco, Marti Kelmer, Jose Cruz, Robert Hibbs, Jason Hart, Tammy Marsh, Charles Triplett, Kathleen Callahan, Brian Boyce, Ulonda Carter, Diane Alexander, and Karin Sack, on behalf of the certified Class who brought these actions against Discover Financial Services for their alleged improper marketing, enrollment, and administration of four fee-based products, respectfully submit this motion, pursuant to Rule 7 of the Federal Rules of Appellate Procedure, for an order requiring objector Aaron Petrus to post an appeal bond in the amount of $25,000 to cover a portion of the anticipated costs and attorneys' fees to be incurred in connection with Objector's appeals of the Final Order and Judgment [Dkt. #177]. A memorandum and Declaration of Randall K. Pulliam, both in support, are submitted herewith.

Dated: June 28, 2012

| | |
|---|---|
| /s/ Diane E Sammons | /s/ Brian P. Murray |
| Diane E. Sammons | Brian P. Murray |
| Bruce H. Nagel | Gregory B. Linkh |
| Jay J. Rice | MURRAY FRANK LLP |
| NAGEL RICE, LLP | 275 Madison Avenue, Suite 801 |
| 103 Eisenhower Parkway, Suite 103 | New York, NY 10016 |
| Roseland, New Jersey 07068 | Tel: (212) 682-1818 |
| Tel: (973) 618-0400 | Fax: (212) 682-1892 |
| Fax: (973) 618-9194 | bmurray@murrayfrank.com |
| dsammons@nagelrice.com | glinkh@murrayfrank.com |
| bnagel@nagelrice.com | |
| jrice@nagelrice.com | **CO-LEAD CLASS COUNSEL** |
| | |
| **CO-LEAD CLASS COUNSEL** | |

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of June, 2012, I electronically filed the above with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I also served the above on Aaron Petrus, c/o Jan Petrus, 120 Woodhaven, Ingleside, TX 78362, by overnight delivery.

*/s/ Gregory B. Linkh*

Gregory B. Linkh