# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 6, 2012

| No.: 12-2366 | IN RE: DISCOVER PAYMENT PROTECTION PLAN MARKETING AND SALES PRACTICE LITIGATION <br><br> APPEAL OF: AARON PETRUS |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-06994 <br> Northern District of Illinois, Eastern Division <br> District Judge John W. Darrah ||

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**, filed on July 6, 2012, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

*CERTIFIED COPY*
*A True Copy*
*Teste:*
*Christine Duff Hopkins*
*Deputy Clerk of the United States Court of Appeals for the Seventh Circuit*

form name: c7_FinalOrderWMandate(form ID: 137)